# United States Court of Appeals
## For the First Circuit

No. 22-1491

JOSE SANTIAGO, INC.,

Plaintiff - Appellant,

v.

SMITHFIELD PACKAGED MEATS CORP.,

Defendant - Appellee,

SMITHFIELD FOODS, INC.,

Defendant.

**CALENDARING NOTICE**

Issued: September 29, 2022

This case is presently scheduled to be called for oral argument on **Wednesday, November 9**, **2022 at 9:30 a.m. in in the José V. Toledo United States Courthouse in San Juan, PR**. There will be no continuance except for grave cause.

Given the continued public health restrictions, the court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within 5 days of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form. **Any requests to allow co-counsel to attend oral argument must be made in writing within seven days of the date of this order as the maximum occupancy of the courtroom may be limited**.

**Arguing counsel must arrive by no later than 9:00 a.m., proceed as directed to the courtroom, and check in with staff outside the courtroom.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the José V. Toledo United States Courthouse, which can be found here: Notice from the Clerk, No. 22-02. In addition,

counsel must comply with the COVID-19 precautions for U.S. Court of Appeals for the First Circuit before entering the Court of Appeals Courtrooms and check-in area, which include the requirement that all counsel wear a mask during court proceedings (regardless of vaccination status) except when addressing the court. Important information concerning these precautions and requirements will be sent by email to the attorney who files the requisite Designation Form at the email address provided on that Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carlos R. Baralt-Suarez
Alfredo Fernandez-Martinez
Henry O. Freese Souffront
Ryan David Frei
Pedro Hernandez-Freire
Garrett Hooe
Daniel Jose Perez-Refojos